**Ralph K WINTERROWD, Appellant,**

v.

**MUNICIPALITY OF ANCHORAGE, Appellee.**

No. A–09233, A–09234.

Court of Appeals of Alaska.

July 26, 2006.

Rachel Plumlee, Municipal Prosecutor's Office, Anchorage.

Ralph Winterrowd II, Wasilla.

Before: COATS, Chief Judge, and MANNHEIMER and STEWART, Judges.

**Order**

Petition for Rehearing

Upon consideration of Winterrowd's petition for rehearing,

**IT IS ORDERED:**

1. Winterrowd declares that he did not produce his vehicle registration during the traffic stop of January 3, 2004. Accordingly, the first sentence of the second paragraph of our decision is amended to read: "During the

January 3rd traffic stop, Winterrowd produced his driver's license, but he did not produce his registration or proof of insurance."

2.   In all other respects, the petition for rehearing is **DENIED**.

Entered by the direction of the Court.